UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANN D. KIMBERLIN | CIVIL ACTION |
| VERSUS | No. 18-561 |
| ADVANTAGE MEDICAL PROFESSIONALS, LLC | SECTION: "J"(3) |

### ORDER

Considering the *Joint Motion to Dismiss Proceedings in Favor of Binding Arbitration* **(Rec. Doc. 6),**

**IT IS HEREBY ORDERED** that the motion is **GRANTED**. The above-captioned matter is hereby **DISMISSED without prejudice**, with each party to bear its own costs.

New Orleans, Louisiana this 22nd day of March, 2018.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE